IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTONIO CRAWFORD,                   :

    Plaintiff                                  :

                                                      :
    vs.                                         :     CIVIL NO. 1:CV-10-2250
                                                      :

HARLEY LAPPIN, et al.,                :

    Defendants                            :

*O R D E R*

AND NOW, this 20th day of May, 2011, upon consideration of the detailed report and recommendation of Magistrate Judge Carlson (doc. 50), filed April 20, 2011, to which no objections were filed, and upon independent review of the record, it is ordered that :

    1. The magistrate judge's report is adopted.

    2. Defendants' motion for summary judgment (doc. 41) is granted. The Clerk of Court shall enter judgment in favor of defendants Warden Martinez and Officer Cerney and against the plaintiff.

    3. The Clerk of Court shall close this file.

                                    /s/William W. Caldwell
                                    William W. Caldwell
                                    United States District Judge